UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREA SHORTER, individually and on behalf of all other persons similarly situated who were employed by GREENWICH HOMECARE LLC and/or any other entities affiliated with or controlled by GREENWICH HOMECARE LLC, | Docket No.: 24-cv-01479 |
| | **NOTICE OF MOTION** |
| Plaintiffs, | |
| -against- | |
| GREENWICH HOMECARE LLC, and any related entities, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Alanna R. Sakovits sworn to on August 28, 2025, the exhibit attached thereto, upon Plaintiff's Memorandum of Law in Support of the Motion, and upon all prior pleadings and proceedings herein, the undersigned will move before the Honorable Sarala V. Nagala, U.S.D.J., at the United States Courthouse for the District of Connecticut, located at 450 Main Street, Hartford, Connecticut 06103, on a return date set by the Court, for an Order approving the settlement reached in this action and granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
        August 28, 2025

                                        **VIRGINIA & AMBINDER LLP**

                                        /s/   LaDonna M. Lusher
                                        LaDonna M. Lusher, Esq. (*Pro Hac Vice*)
                                        Alanna R. Sakovits, Esq. (Bar No. ct31786)
                                        40 Broad Street, 7th Floor
                                        New York, New York 10004
                                        Tel: (212) 943-9080
                                        llusher@vandallp.com
                                        asakovits@vandallp.com

                                        **LAW OFFICES OF MARK SHERMAN**
                                        Ryan O'Neill, Esq.
                                        29 5th St

1

Stamford, Connecticut 06905
Tel: (203) 358-4700
ryan@markshermanlaw.com

*Attorneys for Named Plaintiff*